**Entered on Docket
February 19, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

**E-FILED FEB. 10, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
915 E. Bonneville Avenue
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for WELLS FARGO HOME MORTGAGE

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re ) | Chapter 13 |
| ) | |
| JOSE M. PALADINES and ) | Case No. S-09-19939-MKN |
| CECILIA A. PALADINES, ) | |
| ) | Hearing Date: February 3, 2010 |
| Debtors, ) | Hearing Time: 1:30 pm |
| ) | |
| ) | Location:  Foley Federal Building |
| ) | Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE came on regularly for hearing before this court on February 3, 2010, appearances as noted on the record. Debtors appeared by and through Layne Nordstrom, special appearance counsel to the law office of Sanchez Law Group, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property commonly known as 7987 Dorinda Avenue, Las Vegas, NV 89147.

1

SUBMITTED BY:

/s/ Kevin Hahn_____
KEVIN HAHN
Nevada Bar No. 9821
915 E. Bonneville Avenue
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorney for WELLS FARGO HOME MORTGAGE

<u>RULE 9021 CERTIFICATION</u>

In accordance with Local Rule 9021, counsel for Movant certifies:

____ The Court waived the requirement of approval under LR 9021.

_X__ This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

KATHLEEN A. LEAVITT, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond ___X____

LAYNE NORDSTROM, Debtors' Counsel: _____

Approved_____    Disapproved_____    Failed to Respond ___X____

____ This is a Chapter 9, 11, or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###